UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JUAREZ, | No. 2:15-cv-1996 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| M. HLAING, | |
| Defendant | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 20, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff moved for an extension of time to file objections. That motion was granted. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 20, 2018, are adopted in full;

2. Defendant's motion to dismiss (ECF No. 41) is granted with respect to plaintiff's claims regarding defendant's treatment of his pain between May and October 2014 and is denied with respect to plaintiff's claims regarding his pain treatment after October 2014; and

3. Plaintiff's motions for preliminary injunctions (ECF Nos. 54, 56, and 60) are denied.

DATED: June 5, 2018

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE