UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JUAREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. HLAING, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-1996 JAM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. Plaintiff alleges defendants were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment.

On November 26, 2018, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Bhatia was returned unserved because Bhatia "does not work for California Health Care Facility or California Department of Corrections and Rehabilitation." (See ECF No. 89.) Plaintiff was provided a second opportunity to provide information for service of defendant Bhatia. (ECF No. 90.) However, in a filing dated March 13, 2019, plaintiff states that he has been unable to obtain that information. (ECF No. 107.) Plaintiff moves for assistance from the court in identifying an address for defendant Bhatia. The court finds that plaintiff has attempted to locate Bhatia and will direct defendants' counsel to provide assistance.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's March 13, 2019 motion for court assistance (ECF No. 107) is granted.

2. Defendants' counsel shall query the Department of Corrections and Rehabilitation to ascertain the whereabouts of Bhatia. If defendant Bhatia is employed with the Department of Corrections and Rehabilitation or any other California state agency, counsel shall provide the business address to plaintiff. If counsel is otherwise informed of the business address of defendant Bhatia, counsel shall provide the address to plaintiff. In the event that counsel, after conducting a good faith inquiry, cannot ascertain the business address of defendant Bhatia, counsel shall so inform the court. Defendants' counsel shall file and serve a response explaining what he has, or has not, found within twenty days of the filed date of this order.

3. If defendant provides Bhatia's address to plaintiff, within ten days of receiving that address, plaintiff shall use the documents provided to him in December to file the following: (1) Notice of Submission of Documents; (2) a completed USM-285 form for defendant Bhatia; (3) two copies of the endorsed amended complaint filed July 12, 2018; and (4) a completed summons form (if not previously provided) or show good cause why he cannot provide such information.

Dated: March 25, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/juar1996.srvc assist

2