UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JUAREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>M. HLAING, et al.,<br><br>    Defendants. | No. 2:15-cv-1996 JAM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. In an order filed March 26, 2019, the court requested assistance from defendants' counsel in locating an address for defendant Bhatia, who has not been served. (ECF No. 110.) In a filing dated April 3, 2019, defendants' counsel explained his efforts in locating Bhatia and provided an address. (ECF No. 111.)

With an order filed December 20, 2019, the court provided plaintiff with instructions for providing the service documents for defendant Bhatia and with copies of the documents necessary

////
////
////
////
////

1

to do so. (ECF No. 90.) Within twenty days of the date of this order, plaintiff shall file those documents with the court for service on defendant Bhatia.

IT IS SO ORDERED.

DATED: April 4, 2019

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/juar1996.serv(3)