UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JUAREZ, | No. 2:15-cv-1996 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| M. HLAING, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges that defendants were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. On May 16, 2019, defendants Atienza and Hlaing filed a motion to opt out of the post-screening ADR project.[1] After reviewing the motion, the court finds good cause to grant defendants' motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request to opt out (ECF No. 117) is granted and the stay of this action is lifted; and

////

////

////

---

[1] On April 15, 2019, the court ordered the U.S. Marshal to serve the third remaining defendant, Bhatia. (ECF No. 115.) To date, there is no indication Bhatia has been served.

1

2. By separate order, the court will set a schedule for this case.

Dated: May 24, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/juar1996.optout.post.answer