UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JUAREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARMEN BUTTS, et al.,<br><br>　　　　　Defendants. | No.  2:15-cv-1996 JAM DB P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 8, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff was then granted three extensions of time to file objections.  Objections were due on November 8, 2020.  Neither party has filed objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations filed May 8, 2020, are adopted in full;

2. Defendants' motion for summary judgment (ECF No. 125) is granted.

DATED: November 20, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE